The People of the State of Illinois, Plaintiff-Appellee, *v.* Jay Jones, Jr., Defendant-Appellant.

(No. 58258;

First District (1st Division)—May 20, 1974.

PER CURIAM.

HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Ronald P. Alwin and J. Powers McGuire, Assistant Public Defenders, and Shelvin Singer, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr. and Jerome Charles Randolph, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY BATTIE, Defendant-Appellant.

(No. 58521;

First District (1st Division)—May 20, 1974.

Opinion by Mr. JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Ellis B. Levin, Assistant State's Attorneys, of counsel), for the People.